UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 25  A II: 45

US DISTRICT
BRIDGEPORT

------------------------------------------------------X
IN THE MATTER OF THE                    :
COMPLAINT OF MALCOLM H.                  :
WIENER and CAROLYN WIENER,              :
AS OWNERS OF ONE 2000, 18 FOOT          :        3:02CV2291(WWE)
SEA DOO CHALLENGER                       :
(H.I.N. CECL03498000),                  :        November 24, 2003
FOR EXONERATION FROM OR                  :
LIMITATION OF LIABILITY,                 :
         Plaintiffs/Petitioners.        :
------------------------------------------------------X

## MOTION FOR AMENDMENT OF SCHEDULING ORDER ON CONSENT

Now come plaintiffs/petitioners Malcolm H. Wiener and Carolyn Wiener and move this

Court for a sixty (60) day enlargement of time; i.e., from October 30, 2003 to and including

December 30, 2003, in which to file dispositive motions, and state as follows:

1.      That on April 4, 2003, this Court entered a Scheduling Order in which the parties

agreed, and the Court ordered, that dispositive motions be filed on or before October 30, 2003.

(See Docket No. 16 at paragraph 9(A)) (See Exhibit A attached hereto)

2.      That the time for the cutoff of discovery contained in the Scheduling Order is

December 30, 2003. (See paragraph E(2) and E(4) of Docket No. 16)

3.      That counsel for plaintiffs/petitioners Malcolm H. Wiener and Carolyn Wiener

took the deposition of claimant Nancy Garcia-Vidal on September 25, 2003, and the deposition

of Ron Garcia-Vidal on September 26, 2003.

4.      That plaintiffs/petitioners intended to file a Motion for Summary Judgment

following the receipt of claimants' deposition transcripts.

1

5.      That unfortunately, the court reporters that took the depositions of Nancy Garcia-Vidal and Ron Garcia-Vidal only provided the deposition transcripts to counsel on Saturday, November 21, 2003.

6.      That because the aforementioned deposition transcripts are necessary for plaintiffs/petitioners' motion, plaintiffs/petitioners request to and including December 30, 2003 in which to review the said transcripts, and to file their dispositive motion.

7.      That the reason that plaintiffs/petitioners had not filed this motion prior to today is that the undersigned had been promised the deposition transcripts at various times and did not want to make a motion until such time as he was assured of their arrival; i.e., plaintiffs/petitioners did not want to request a certain period of time for an extension and then not get the transcripts in time.

8.      That the discovery date cutoff in the matter is presently set for December 30, 2003, and the granting of this motion will not result in discovery being extended.

9.      That this motion is not being made for the purposes of harassment or delay.

10.    That the undersigned has spoken with counsel for the claimants who advise that

the claimants consent to plaintiffs/petitioners request for a modification of the present

Scheduling Order.

Dated: Easton, Connecticut
   November 24, 2003

LOVEJOY & ASSOCIATES
Attorneys for Plaintiffs/Petitioners Malcolm H.
Wiener and Carolyn Wiener


By:_____
  Frederick A. Lovejoy (CT 03121)
  276 Center Road
  P.O. Box 56
  Easton, Connecticut 06612
  (203) 459-9941
  (203) 459-9943 (telefax)

SO ORDERED:


_____
Senior United States District Judge
WienerAmendment.doc

3

# Exhibit  A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

----------------------------------------

IN THE MATTER OF THE                    :    3:02CV 2291 (WWE)  APR 11  P 12: 19
COMPLAINT OF MALCOLM H.                  :
WIENER and CAROLYN WIENER,               :              US DISTRICT COURT
AS OWNERS OF ONE 2000, 18 FOOT           :               BRIDGEPORT CT
SEA DOO CHALLENGER                       :
(H.I.N. CECL03498000),                   :
FOR EXONERATION FROM                     :         April 8, 2003
OR LIMITATION OF LIABILITY,              :
                    Plaintiffs/Petitioners.   :

----------------------------------------

REPORT OF PARTIES PLANNING MEETING

Date Complaint Filed:  December 23, 2002

Date Complaint Served:  January 17, 2003

Date of Defendant/Claimant's Appearance:  February 12, 2003


Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 16, a conference was held on

March 12, 2003 and April 8, 2003.  The participants were:  Frederick A. Lovejoy, Esq. of

Lovejoy & Associates, for plaintiff/petitioner Malcolm H. Weiner and Carolyn Wiener, and

Jessica Hirsch, Esq. and Stuart A. Schlesinger, Esq. of Julien & Schlesinger, P.C. for

dant/claimants Nancy Garcia-Vidal and Ron Garcia-Vidal.


Certification

    Undersigned counsel certify that, after consultation with their clients, they have discussed

ture and basis of the parties' claims and defenses and any possibilities for achieving a

t settlement or other resolution of the case and, in consultation with their clients, have

ped the following proposed case management plan.  Counsel further certify that they have

ded a copy of this report to their clients.

Report Approved.
Discovery cutoff date
Dispositive Motions due by
SO ORDERED
4/14/2003

Dec. 30 2003;
Oct 30 2003
Warren W. Eginton, Sr. U.S.D.J.

1

<u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing was mailed on November 24, 2003,

postage prepaid, to:


Adam L. Schlesinger, Esq.
Julian & Schlesinger, P.C.
150 William Street, 19th Floor
New York, New York 10038

David W. Rubin, Esq.
750 Summer Street
Stamford, Connecticut 06901


Frederick A. Lovejoy

4