02CV2291 MEXTTIME

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 25 A 11: 45

US DISTRICT
BRIDGEPORT CT

-------------------------------------------------X
IN THE MATTER OF THE                    :
COMPLAINT OF MALCOLM H.                 :
WIENER and CAROLYN WIENER,              :     3:02CV2291(WWE)
AS OWNERS OF ONE 2000, 18 FOOT          :
SEA DOO CHALLENGER                      :     November 24, 2003
(H.I.N. CECL03498000),                  :
FOR EXONERATION FROM OR                 :
LIMITATION OF LIABILITY,                :
        Plaintiffs/Petitioners.         :
-------------------------------------------------X

MOTION FOR AMENDMENT OF SCHEDULING ORDER ON CONSENT

Now come plaintiffs/petitioners Malcolm H. Wiener and Carolyn Wiener and move this

court for a sixty (60) day enlargement of time; i.e., from October 30, 2003 to and including

December 30, 2003, in which to file dispositive motions, and state as follows:

1. That on April 4, 2003, this Court entered a Scheduling Order in which the parties

agreed, and the Court ordered, that dispositive motions be filed on or before October 30, 2003.

(Docket No. 16 at paragraph 9(A)) (See Exhibit A attached hereto)

2. That the time for the cutoff of discovery contained in the Scheduling Order is

November 30, 2003. (See paragraph E(2) and E(4) of Docket No. 16)

3. That counsel for plaintiffs/petitioners Malcolm H. Wiener and Carolyn Wiener

took the deposition of claimant Nancy Garcia-Vidal on September 25, 2003, and the deposition

of John Garcia-Vidal on September 26, 2003.

4. That plaintiffs/petitioners intended to file a Motion for Summary Judgment

following the receipt of claimants' deposition transcripts.

Motion Granted.
Discovery cutoff date 12-30-03
Dispositive Motions due by 2-28-04
SO ORDERED
FILED 12/9/03
Warren W. Eginton, Sr. U.S.D.J.

1