UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 30 P 3: 13

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MALCOLM H. WIENER and CAROLYN WIENER, AS OWNERS OF ONE 2000, 18 FOOT SEA DO CHALLENGER (H.I.N. CECL03498000), FOR EXONERATION FROM OR LIMITATION OF LIABILITY, Plaintiffs/Petitioners. | Docket No. 302 CV 2291(WWE) December 30, 2003 |

## PLAINTIFFS/PETITIONERS MALCOLM H. WIENER AND CAROLYN WIENER'S MOTION FOR SUMMARY JUDGMENT

Now come plaintiffs/petitioners Malcolm H. Wiener and Carolyn Wiener, and make this Motion for Summary Judgment, and submit in support thereof:

1)  Memorandum of Law in Support of plaintiffs/petitioners Malcolm H. Wiener and Carolyn Wiener's Motion for Summary Judgment;

2)  the 28 U.S.C. § 1746 Statement of Frederick A. Lovejoy; and

3)  Local Civil Rule 56(a)(1) Statement

Dated: Easton, Connecticut
December 30, 2003

LOVEJOY & ASSOCIATES
Attorneys for Plaintiffs/Petitioners
Malcolm H. Wiener and Carolyn Wiener

By: _____
Frederick A. Lovejoy (CT 03121)
276 Center Road
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

WienerMotion.doc

1

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on December 30, 2003, postage prepaid, to:

Adam L. Schlesinger, Esq.
Julian & Schlesinger, P.C.
150 William Street, 19th Floor
New York, New York 10038

*[signature]*
Frederick A. Lovejoy