UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN -6  P 12: 02

US DISTRICT COURT
BRIDGEPORT CT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
IN THE MATTER OF THE                          :
COMPLAINT OF MALCOLM H. WIENER                :   Docket No. 3:02 CV 2291 (WWE)
and CAROLYN WIENER, AS OWNERS OF              :
ONE 2000, 18 FOOT SEA DO CHALLENGER           :
(H.I.N. CECL03498000),                        :
FOR EXONERATION FROM OR                       :   January 5, 2004
LIMITATION OF LIABILITY,                      :
                                              :
        Plaintiffs/Petitioners.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ORIGINAL EXHIBIT C TO MEMORANDUM OF LAW IN SUPPORT OF PETITIONERS
MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF FREDERICK A.
LOVEJOY PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF
PLAINTIFFS/PETITIONERS' MOTION FOR SUMMARY JUDGMENT


Dated: Easton, Connecticut
       January 5, 2004

LOVEJOY & ASSOCIATES
Attorneys for Plaintiffs/Petitioners
Malcolm H. Wiener and Carolyn Wiener

By: _____
Frederick A. Lovejoy (CT 03121)
276 Center Road
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

WienerExhibitC.doc



STATE OF CONNECTICUT
CERTIFICATE
OF
PERSONAL WATERCRAFT OPERATION

**P062254AO**

THIERRY L RAYMOND

08-15-1969        MALE        5'-10"

BROWN        BROWN        August 01, 2001

.ERTIFICATE OF PERSONAL WATERCRAFT OPER.
'UST BE CARRIED ON BOARD WHEN OPERATING A VESSEL.
JLDER OF THIS CERTIFICATE MAY OPERATE A PERSONAL
·ATERCRAFT AND ALL OTHER RECREATIONAL BOATS.
..  ..RATOR LESS THAN 12 YEARS OF AGE SHALL NOT OPERATE A
MC .   DAT WITH GREATER THAN 10 HORSEPOWER UNLESS UNDER THE
ONB:  ..D SUPERVISION OF A PERSON AT LEAST 18 YEARS OF A'..., WHO HAS
BEEN ISSUED A SAFE BOATING CERTIFICATE OR A CERTIFICATE OF
PERSONAL WATERCRAFT OPERATION. C.G.S Sec. 15-140j

REPORT ADDRESS CHANGE TO
LICENSING AND REVENUE
79 ELM STREET, HARTFORD, CT 06106-5127

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on January 5, 2004, postage prepaid, to:

Adam L. Schlesinger, Esq.
Julian & Schlesinger, P.C.
150 William Street, 19th Floor
New York, New York 10038

_____
Frederick A. Lovejoy