UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 27 P 1:15
BRIDGEPORT CT

| | | |
|---|---|---|
| N THE MATTER OF THE OMPLAINT OF MALCOLM H. WIENER nd CAROLYN WIENER, AS OWNERS OF NE 2000, 18 FOOT SEA DO CHALLENGER H.I.N. CECL03498000), OR EXONERATION FROM OR IMITATION OF LIABILITY, Plaintiffs/Petitioners. | : | Docket No. 302 CV 2291(WWE) January 26, 2004 |

MOTION ON CONSENT FOR AN EXTENSION OF TIME TO AND INCLUDING FEBRUARY 9, 2004 IN WHICH TO FILE A REPLY TO THE CLAIMANTS' MEMORANDUM OF LAW IN OPPOSITION TO PETITIONERS' MOTION FOR SUMMARY JUDGMENT DATED DECEMBER 20, 2003 (DOCKET NOS. 28, 29, 30 AND 31)

Now come plaintiffs/petitioners Malcolm H. Wiener and Carolyn Wiener and move this ourt on consent for an extension of time to and including February 9, 2004 in which to file a eply to claimants' Memorandum of Law in Opposition to Petitioners' Motion for Summary dgment dated December 20, 2003 (Docket Nos. 28, 29, 30 and 31).

1. That the undersigned has contacted counsel for claimants Nancy Garcia-Vidal and on Garcia-Vidal, Adam Schlesinger, Esq., who consents to the requested extension for time to le a reply.

2. That the undersigned has other large court commitments due prior to February 9, 004, including the opposition papers due in the In The Matter of the Complaint of William ivolsi, as Owner of One 1991 Regal, Commodore 290 (H.I.N. RGMJJ0881091), CT egistration: CT 1161 AV, For Exoneration From or Limitation of Liability, Docket No. 03CV1763(WWE).

3. That the undersigned has attempted to contact plaintiffs/petitioners Malcolm H. /iener and Carolyn Wiener upon receiving claimants' papers on January 21, 2004, but has not een able to, to date.

4. That the undersigned requests this extension of time in order to adequately search the legal issues raised in claimants Nancy Garcia-Vidal and Ron Garcia-Vidal's pposition papers and to obtain information and/or affidavits from plaintiffs/petitioners Malcolm . Wiener and Carolyn Wiener in order to draft a reply to the said opposition papers.

5. That this motion is not being made for purposes of delay or harassment, but to esent the Court with all the necessary information that it might need to make a just and proper ecision of the issues before it.

ated: Easton, Connecticut
January 26, 2004

LOVEJOY & ASSOCIATES
Attorneys for Plaintiffs/Petitioners
Malcolm H. Wiener and Carolyn Wiener

By: ______________________
Frederick A. Lovejoy (CT 03121)
276 Center Road
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

ienerExtension.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on January 26, 2004, postage prepaid, to:

Adam L. Schlesinger, Esq.
Julian & Schlesinger, P.C.
150 William Street, 19th Floor
New York, New York 10038

Frederick A. Lovejoy