UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 27 P 1: 15

IN THE MATTER OF THE
COMPLAINT OF MALCOLM H. WIENER
and CAROLYN WIENER, AS OWNERS OF
ONE 2000, 18 FOOT SEA DO CHALLENGER
(H.I.N. CECL03498000),
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY,

Plaintiffs/Petitioners.

Docket No. 3:02 CV 2291 (WWE)
BRIDGEPORT

January 26, 2004

MOTION ON CONSENT FOR AN EXTENSION OF TIME TO AND
INCLUDING FEBRUARY 9, 2004 IN WHICH TO FILE A REPLY TO THE
CLAIMANTS' MEMORANDUM OF LAW IN OPPOSITION TO
PETITIONERS' MOTION FOR SUMMARY JUDGMENT DATED
DECEMBER 20, 2003 (DOCKET NOS. 28, 29, 30 AND 31)

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
2-2-04

Now come plaintiffs/petitioners Malcolm H. Wiener and Carolyn Wiener and move this Court on consent for an extension of time to and including February 9, 2004 in which to file a Reply to claimants' Memorandum of Law in Opposition to Petitioners' Motion for Summary Judgment dated December 20, 2003 (Docket Nos. 28, 29, 30 and 31).

1. That the undersigned has contacted counsel for claimants Nancy Garcia-Vidal and Ron Garcia-Vidal, Adam Schlesinger, Esq., who <u>consents</u> to the requested extension for time to file a reply.

2. That the undersigned has other large court commitments due prior to February 9, 2004, including the opposition papers due in the In The Matter of the Complaint of William Livolsi, as Owner of One 1991 Regal, Commodore 290 (H.I.N. RGMJJ0881091), CT Registration: CT 1161 AV, For Exoneration From or Limitation of Liability, Docket No. 3:03CV1763(WWE).