UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

IN THE MATTER OF THE
COMPLAINT OF MALCOLM H. WIENER : Docket No. 302 CV 2291(WWE)
and CAROLYN WIENER, AS OWNERS OF :
ONE 2000, 18 FOOT SEA DO CHALLENGER :
(H.I.N. CECL03498000), :
FOR EXONERATION FROM OR : February 9, 2004
LIMITATION OF LIABILITY, :

Plaintiffs/Petitioners. :

---

### STIPULATION OF DISCONTINUANCE PURSUANT TO FED. R. CIV. P., RULE 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the above-entitled action is discontinued, with prejudice, and without costs to any party.

Dated: New York, New York  
February 10, 2004

JULIAN & SCHLESINGER, P.C.
Attorneys for Claimants,
Nancy Garcia-Vidal and Ron Garcia-Vidal

By: _____
Stuart Schlesinger, Esq. (CT 24484)
150 William Street, 19th Floor
New York, New York 10038

Dated: Easton, Connecticut  
February 9, 2004

LOVEJOY & ASSOCIATES
Attorneys for Plaintiffs/Petitioners,
Malcolm H. Wiener and Carolyn Wiener

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

1

SO ORDERED:

_____
U.S.D.J.

WienerDiscontinuance.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 24, 2004, postage prepaid, to:

Adam L. Schlesinger, Esq.
Julian & Schlesinger, P.C.
150 William Street, 19th Floor
New York, New York 10038

_____
Frederick A. Lovejoy