35

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MALCOLM H. WIENER and CAROLYN WIENER, AS OWNERS OF ONE 2000, 18 FOOT SEA DO CHALLENGER (H.I.N. CECL03498000), FOR EXONERATION FROM OR LIMITATION OF LIABILITY, : Plaintiffs/Petitioners. | 02CV2291STIP<br>Docket No. 302 CV 2291(WWE)<br><br>February 9, 2004 |

STIPULATION OF DISCONTINUANCE
PURSUANT TO FED. R. CIV. P., RULE 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the above-entitled action is discontinued, with prejudice, and without costs to any party.

Dated: New York, New York
February 10, 2004

JULIAN & SCHLESINGER, P.C.
Attorneys for Claimants,
Nancy Garcia-Vidal and Ron Garcia-Vidal

By: _____
Stuart Schlesinger, Esq. (CT 24484)
150 William Street, 19th Floor
New York, New York 10038

Dated: Easton, Connecticut
February 9, 2004

LOVEJOY & ASSOCIATES
Attorneys for Plaintiffs/Petitioners,
Malcolm H. Wiener and Carolyn Wiener

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT 2/27/04

BRIDGEPORT CT
US DISTRICT COURT
2004 FEB 27 P 1:54
FILED

1